```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

HOUGHTON MIFFLIN HARCOURT       )
PUBLISHING COMPANY,             )
                                )
     Plaintiff,                 )
                                )
     v.                         )
                                )  C.A. No. 20-11100-MLW
                                )
DONALD BACK and IXL LEARNING,   )
INC.,                           )
                                )
     Defendants.                )
                                )
```

ORDER (AMENDED)

WOLF, D.J.                                              June 11, 2020

     The court has reviewed plaintiff Houghton Mifflin Harcourt Publishing Company's ("HMH") Motion for a Temporary Restraining Order and Preliminary Injunction (Dkt. No. 2) and Motion for Expedited Discovery (Dkt. No. 4), among other things. Neither motion includes the certification that the parties conferred to attempt to resolve or narrow the issues required by Local Rule 7.1(a)(2).

     In view of the foregoing, it is hereby ORDERED that:

     1. Plaintiff shall serve forthwith the Complaint, the motions, and this Order.

     2. Counsel shall confer and, by June 16, 2020, report whether they have reached an agreement to resolve either or both of the

motions and, if not, if they require more time to attempt to do so.

    3. If the motions are not resolved by agreement, defendants shall, by June 18, 2020, respond to them.

    4. Any reply shall be filed by June 22, 2020.

    5. If necessary, a hearing on the motions shall be held on June 25, 2020, at 1:30 p.m.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE