```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD BACK and IXL LEARNING, INC.,<br><br>    Defendants. | C.A. No. 20-11100-MLW |

ORDER

WOLF, D.J.                                                    June 17, 2020

In view of the parties' June 16, 2020 Status Report it is hereby ORDERED that:

1. The parties shall continue to confer and, by June 19, 2020, report whether they have reached an agreement to resolve either or both of the pending motions, and concerning the minimum reasonable amount of time necessary to prepare this case for trial if the court decides to consolidate the hearing on plaintiff's motion for preliminary injunction with the trial on the merits. See Fed. R. Civ. P. 65(a)(2).

2. If necessary, defendants shall, by June 22, 2020, respond to the pending motions.

3. Any reply shall be filed by June 24, 2020.

4. If necessary, a hearing on the pending motions shall be held on June 30, 2020, at 1:30 p.m., by videoconference. Defendant Donald Back and a knowledgeable representative of defendant IXL Learning, Inc. shall be available to testify if necessary.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE